JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALBERT HAMMLER, | ) | Case No. CV 12-6609-AG (SP) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| PEOPLE OF THE STATE OF CALIFORNIA, | ) | |
| Respondent. | ) | |

Pursuant to the Memorandum and Order Denying Extension Request and Summarily Dismissing Action,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: August 8, 2012

_____

HONORABLE ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE